163 So. 363

### Joe HINGLE v. STATE.
### 7 Div. 344.

Supreme Court of Alabama.
June 13, 1935.

Rehearing Denied Oct. 10, 1935.

J. J. Cockrell, of Talladega, for the Motion.

A. A. Carmichael, Atty. Gen., opposed.

PER CURIAM.
Petition of Joe Hingle for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Hingle v. State, 26 Ala. App. 438, 163 So. 362.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and FOSTER, JJ., concur.